IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02488-MSK-MEH

ANDRE GILLESPIE,

        Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO; and
DENISE K. KASSEBAUM, DDA, MS in her official capacity,

        Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

        THIS MATTER, having come before this Court by the Parties Stipulated Motion to Dismiss with Prejudice **(#15)**, and the Court being fully advised in the premises,

        IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to pay its own costs and attorneys fees.

        DATED this 21st day of February 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge